IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN WOODEN ) | CASE NO. 1:04 CV 676 |
| ) | |
| Petitioner ) | |
| ) | |
| -vs- ) | MEMORANDUM OF OPINION AND |
| ) | ORDER ADOPTING THE REPORT AND |
| MARGARET BRADSHAW, Warden ) | RECOMMENDATION AND DISMISSING |
| ) | PETITION FOR WRIT OF HABEAS |
| Respondent ) | CORPUS |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

Petitioner John Wooden filed his petition for writ of habeas corpus on 9 April 2004. (Docket # 1). The Court referred this matter to United States Magistrate Judge William H. Baughman, Jr. to file a report and recommendation. (Docket # 10). Magistrate Judge Baughman filed his report and recommendation on 24 March 2006, recommending that the Court dismiss the petition without further proceedings because all of petitioner's grounds for habeas relief are barred from consideration by this Court due to procedural default. (Docket # 21).

None of the parties have objected to the Magistrate Judge's report and recommendation. Therefore, it must be assumed that the parties are satisfied with it. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. See Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of

Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  Accordingly, the Magistrate Judge's recommendation is adopted, and petitioner's petition for writ of habeas corpus is dismissed with prejudice.

    IT IS SO ORDERED.


                                                 /s/Lesley Wells  
                                          UNITED STATES DISTRICT JUDGE


Dated: 17 April 2006